# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 80 MM 2015 |
| Respondent | : |
| v. | : |
| FRANCIS A. LOMBARDO, | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of August, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.